# UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF MISSOURI
# JEFFERSON CITY DIVISION

| | | |
|---|---|---|
| CLAUDIA MYSLEK, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 2:10-CV-04029-NKL |
| REDLINE RECOVERY SERVICES, LLC | ) ) | |
| Defendant. | ) ) | |

**NOTICE OF SETTLEMENT**
**(Unlawful Debt Collection Practices)**

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, CLAUDIA MYSLEK, my and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: May 28, 2010  KROHN & MOSS, LTD.

By: /s/Adam Maxwell
Adam Maxwell
KROHN & MOSS, LTD.
Attorney for Plaintiff
120 W. Madison St., 10th Fl.
Chicago, Illinois 60602
(312) 578-9428