# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## JEFFERSON CITY DIVISION

| | |
|---|---|
| CLAUDIA MYSLEK, ) <br> PO Box 105122 ) <br> Jefferson City, Missouri ) <br>  ) <br> Plaintiff, ) <br>  ) <br> vs. ) <br>  ) <br> REDLINE RECOVERY SERVICES, LLC ) <br> 95 John Muir Dr. ) <br> Amherst, New York ) <br>  ) <br> Defendant. ) | Case No. 2:10-cv-04029 <br><br><br><br><br><br> **STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party.

**KROHN & MOSS, LTD.**

Dated: July 12, 2010   By:/s/ Adam Maxwell
　　　　　　　　　　　　[ ] Adam Maxwell
　　　　　　　　　　　　Bar No: 62103
　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　CLAUDIA MYSLEK
　　　　　　　　　　　　Krohn & Moss, Ltd.
　　　　　　　　　　　　120 W. Madison Street
　　　　　　　　　　　　10th Floor
　　　　　　　　　　　　Chicago, IL 60602
　　　　　　　　　　　　(312) 578-9428 (direct)
　　　　　　　　　　　　amaxwell@consumerlawcenter.com

Dated: July 12, 2010					SPENCER FANE BRITT & BROWN LLP

							By  /s/ Joshua C. Dickinson
							     Joshua C. Dickinson
							     Bar No: 51466
							     Attorney for Defendant,
							     REDLINE RECOVERY SERVICES, LLC
							     1000 Main Street, Suite 1400
							     Kansas City, MO 64106
							     (816) 474-8100
							     jdickinson@spencerfane.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the United States District Court for the Western District of Missouri, with notice of case activity generated and sent electronically this 16th day of July, 2010, to:

Adam Maxwell
Krohn & Moss, Ltd.
120 W. Madison Street, 10th Floor
Chicago, IL 60602
amaxwell@consumerlawcenter.com

							/s/Joshua C. Dickinson